**ARBITRATION POLICY & ACKNOWLEDGMENT - INDEPENDENT CONTRACTORS**

I understand and acknowledge that I have received at least one agreement from ARC ONE PROTECTIVE SERVICES, LLC, and have been given the opportunity to review the arbitration provisions in the agreement(s). I understand that arbitration is the final and exclusive forum for the resolution of all disputes between myself and ARC ONE PROTECTIVE SERVICES, LLC pursuant to this policy and the agreement(s) that are based upon a legal claim.

I further understand that all disputes related to work performed by myself as an Independent Contractor for ARC ONE PROTECTIVE SERVICES, LLC are subject to arbitration, including any claims arising under any federal, state, or local statute, regulation, or common law doctrine related to employment discrimination, terms and conditions of the relationship between myself and ARC ONE PROTECTIVE SERVICES, LLC, or termination of the Independent Contractor Agreement (and any future additions, changes, or amendments to those laws), including, but not limited to the following: Title VII of the Civil Rights Act of 1964, the Civil Rights Act of 1991, the Age Discrimination in Employment Act, the Americans with Disabilities Act, the Family and Medical Leave Act, state human rights or anti-discrimination law, breach of contract, promissory estoppel or other contract claims, whistleblower claims, retaliation claims, defamation, negligence, or any other tort claims.

I understand and agree that I shall have no right or authority for any claims to be arbitrated on a class action basis or on basis involving claims brought in a representative capacity on behalf of any other employees or others similarly situated; provided, however, that my individual claim would be subject to this arbitration provision. Claims brought by or against another Independent Contractor or an employee of ARC ONE PROTECTIVE SERVICES, LLC or the Company may not be joined or consolidated in the arbitration with claims brought by or against another Independent Contractor or employee of the Company, unless agreed to in writing by all parties. Further, I agree that I will not have the right to participate in a representative capacity or as a member of any class of claimants in a court of law pertaining to any claims subject to arbitration.

I have read in full and understand and acknowledge the above statements and conditions of a continued agreement with ARC ONE PROTECTIVE SERVICES, LLC as an Independent Contractor and agree to abide by the same throughout the duration of the Independent Contractor Agreement between myself and ARC ONE PROTECTIVE SERVICES, LLC. I agree to submit all disputes related to any agreement(s) between myself and ARC ONE PROTECTIVE SERVICES, LLC. based upon a legal claim to arbitration, and agree to waive my right to a trial before a judge or jury in federal or state court in favor of arbitration under this policy.

6/10/2021

_____                    _____
Date                                       Independent Contractor's Signature

                                           _____
                                           Printed Name

                                           *Chance Ramos*
                                           _____
                                           Witness

                                           Chance Ramos
                                           _____
                                           Printed Name

## ARBITRATION POLICY & ACKNOWLEDGMENT - INDEPENDENT CONTRACTORS

I understand and acknowledge that I have received at least one agreement from ARC ONE PROTECTIVE SERVICES, LLC, and have been given the opportunity to review the arbitration provisions in the agreement(s). I understand that arbitration is the final and exclusive forum for the resolution of all disputes between myself and ARC ONE PROTECTIVE SERVICES, LLC pursuant to this policy and the agreement(s) that are based upon a legal claim.

I further understand that all disputes related to work performed by myself as an Independent Contractor for ARC ONE PROTECTIVE SERVICES, LLC are subject to arbitration, including any claims arising under any federal, state, or local statute, regulation, or common law doctrine related to employment discrimination, terms and conditions of the relationship between myself and ARC ONE PROTECTIVE SERVICES, LLC, or termination of the Independent Contractor Agreement (and any future additions, changes, or amendments to those laws), including, but not limited to the following: Title VII of the Civil Rights Act of 1964, the Civil Rights Act of 1991, the Age Discrimination in Employment Act, the Americans with Disabilities Act, the Family and Medical Leave Act, state human rights or anti-discrimination law, breach of contract, promissory estoppel or other contract claims, whistleblower claims, retaliation claims, defamation, negligence, or any other tort claims.

I understand and agree that I shall have no right or authority for any claims to be arbitrated on a class action basis or on basis involving claims brought in a representative capacity on behalf of any other employees or others similarly situated; provided, however, that my individual claim would be subject to this arbitration provision. Claims brought by or against another Independent Contractor or an employee of ARC ONE PROTECTIVE SERVICES, LLC or the Company may not be joined or consolidated in the arbitration with claims brought by or against another Independent Contractor or employee of the Company, unless agreed to in writing by all parties. Further, I agree that I will not have the right to participate in a representative capacity or as a member of any class of claimants in a court of law pertaining to any claims subject to arbitration.

I have read in full and understand and acknowledge the above statements and conditions of a continued agreement with ARC ONE PROTECTIVE SERVICES, LLC as an Independent Contractor and agree to abide by the same throughout the duration of the Independent Contractor Agreement between myself and ARC ONE PROTECTIVE SERVICES, LLC. I agree to submit all disputes related to any agreement(s) between myself and ARC ONE PROTECTIVE SERVICES, LLC. based upon a legal claim to arbitration, and agree to waive my right to a trial before a judge or jury in federal or state court in favor of arbitration under this policy.

6/10/2021  
_____  
Date

*RAUL CASTRO* (DocuSigned by, A6B065A911734C2)  
_____  
Independent Contractor's Signature

_____  
Printed Name

*Chance Ramos*  
_____  
Witness

Chance Ramos  
_____  
Printed Name